# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | | |
|---|---|---|
| ADRIANA CUARTAS | : | |
| | : | Civ. No. 08-3487(DRD) |
| Petitioner, | : | Crim. No. 04-609(DRD) |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Respondent. | : | |

Defendant, Adriana Cuartas, having moved pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct her sentence; and the court having considered the submissions of the parties and having concluded that Defendant's motion is without merit; and for the reasons set forth in an opinion of even date;

IT is this 12th day of November, 2008;

**ORDERED** that Defendant's motion pursuant to 28 U.S.C. § 2255 is denied and dismissed with prejudice and without issuance of a certificate of appealability.

    *s/ Dickinson R. Debevoise*
DICKINSON R. DEBEVOISE
U.S.S.D.J.